RECEIVED
SEP 10 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
~~NORTHERN DISTRICT OF ALABAMA~~ DISTRICT OF ALASKA

WILLIAM LEE GRANT II
PLAINTIFF

V SPECIAL COLLECTION SERVICE, OFFICE OF THE SECRETARY OF DEFENSE, MISSILE DEFENSE AGENCY, + STATE OF ILLINOIS DEFENDANTS

FEDERAL QUESTION - 28 USC 1331
WHAT ARE THE RAMIFICATIONS OF THE DoD KEEPING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE?

*18 DISTRICT COURTS HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

FEDERAL QUESTION - 28 USC 1331
WHAT ARE THE RAMIFICATIONS OF THE DoD KEEPING MR. GRANT IN ILLINOIS UNDER THREAT OF MILITARY FORCE FOR NEARLY THIRTY (30) YEARS? COMPLAINT

① DISTRICT COURT HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1), 28 USC 1391(e)(1)(A), AND 28 USC 1331

② MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

③ THE U.S. DEPARTMENT OF JUSTICE (DOJ) CONSENTED TO SUIT (WAIVED SOVEREIGN IMMUNITY) BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS.

* EXHIBITS IN SUPPORT OF MR. GRANT'S ALLEGATIONS ARE INCLUDED IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001 (ILCD). ①

④ THE DOJ DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001.

⑤ RES JUDICATA IS NOT APPLICABLE. THE DOJ HAS NOT ENTERED A RESPONSE TO MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020. MR. GRANT'S COMPLAINT HAS NOT BEEN DECIDED ON THE MERITS.

⑥ THE ILND, ILCD, ILSD, CDCA, WDTX, NDTX, EDTX, NDGA, WDVA, NDWV, MARYLAND, NEBRASKA, NORTHERN MARIANA ISLANDS, EDNY, MDFL, EDNC, C.F.C., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

⑦ THE ILLINOIS ATTORNEY GENERAL DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3261.

THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).



8. THE COMMANDER-IN-CHIEF (RONALD REAGAN) DIRECTED THE SECRETARY OF DEFENSE AND THE JOINT CHIEFS OF STAFF TO CREATE MR. GRANT ~~[redacted]~~ AS PART OF THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY) TO PREDICT FUTURE ~~[redacted]~~ NUCLEAR ATTACKS AGAINST THE UNITED STATES.

9. THE SECRETARY OF DEFENSE AND THE JOINT CHIEFS OF STAFF CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 TO BE THE JUDGE AS TO WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES.

10. THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY).

11. ~~THE OFFICE OF THE~~ THE U.S. DEPARTMENT OF DEFENSE USED THE JOINT SPECIAL OPERATIONS COMMAND (JSOC) LAWYERS TO ENGINEER MR. GRANT'S LIFE TO APPEAR IN FEDERAL COURT.

12. THE OFFICE OF THE SECRETARY OF DEFENSE "DROPPED-OFF" MR. GRANT IN 1992 IN SPRINGFIELD, ILLINOIS WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE: BEATEN; ENDURE PSYCHOLOGICAL ~~[redacted]~~ WARFARE; AND TO BE THE U.S. DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

(13) GREGORY K. HARRIS LEFT THE PENTAGON IN THE 1990's TO SURVEIL MR. GRANT THROUGH THROUGH ~~[struck]~~ THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE.

(14) GREGORY K. HARRIS BRIBED MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO GREGORY K. HARRIS.

(15) GREGORY K. HARRIS DIRECTED MR. GRANT'S ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH WHEN MR. GRANT WAS IN MIDDLE SCHOOL (1998).

(16) GREGORY K. HARRIS DIRECTED MR. GRANT'S OPTOMETRIST TO GIVE MR. GRANT AN INCORRECT LENSE PRESCRIPTION TO DIMINISH MR. GRANT'S VISION WHEN MR. GRANT WAS IN FIFTH GRADE (1996).

(17) MR. GRANT WAS FORCED TO STAB DR. GRANT WHEN MR. GRANT TURNED SEVENTEEN (17) IN 2002.

(18) ~~[struck]~~ IF MR. GRANT DID NOT STAB DR. GRANT, THE U.S. DEPARTMENT OF DEFENSE WOULD HAVE KILLED DR. GRANT.

(19) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

(20) GREGORY K. HARRIS AND THE U.S. DEPARTMENT OF DEFENSE "SET-UP" MR. GRANT FOR A DRIVING UNDER THE INFLUENCE (DUI) CHARGE IN 2009 TO STRIP MR. GRANT OF HIS DRIVER'S LICENSE.

(4)

21. Illinois State Police (ISP) Trooper Tyler Price failed to Mirandize Mr. Grant, and failed to obtain a warrant to draw Mr. Grant's blood.

22. ISP Trooper Tyler Price issued Mr. Grant multiple DUI tickets stemming from one traffic stop in November of 2009.

23. The Sangamon County State's Attorney's Office filed multiple DUI charges (cases) against Mr. Grant stemming from one traffic stop in 2009.

24. Gregory K. Harris undermined Mr. Grant's legal defense by colluding with Mr. Grant's lawyers.

25. Mr. Grant was sober.

26. Mr. Grant was hired by the State of Illinois in 2011 to give cause for the Illinois Attorney General to appear in court.

27. Dierdre 'D.K.' Hirner made an agreement with the U.S. Department of Defense in the early 1990's to hire Mr. Grant in the future.

28. D.K. Hirner hired Mr. Grant in 2011 as a ~~staff~~ POLICY ANALYST ~~assistant~~ in the office of the Illinois Lieutenant Governor.

29. Ann L. Schneider made an agreement with the U.S. Department of Defense, to hire Mr. Grant in the early 1990's in the future.

30. Ann L. Schneider hired Mr. Grant as a staff assistant with the Illinois Department of Transportation in 2012.

⑤

~~MR. GRANT WAS RETALIATED AGAINST FOR~~

31) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

32) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT; WORK HOURS BEING CHANGED; WORK PRODUCTS BEING SABOTAGED; GEOGRAPHIC REASSIGNMENT; BEING ASSIGNED JOB TASKS BELOW MR. GRANT'S PAY GRADE, AND A PROMOTION BEING RESCINDED.

33) IN 2014, THE ILLINOIS GOVERNOR'S OFFICE FAILED TO ADD MR. GRANT TO PAYROLL IN NOVEMBER 2014 WHEN MR. GRANT TRANSFERRED FROM THE ILLINOIS DEPARTMENT OF TRANSPORTATION TO THE ILLINOIS GOVERNOR'S OFFICE.

34) MR. GRANT WAS NOT PAID HIS WAGES FOR WORKING IN THE ILLINOIS GOVERNOR'S OFFICE.

35) MR. GRANT WAS WRONGFULLY DENIED FEDERAL UNEMPLOYMENT BENEFITS BY THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY IN 2015.

36) IN 2015, MR. GRANT FOUND HIMSELF BLACKLISTED.

37) THE U.S. DEPARTMENT OF DEFENSE STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

~~MR. GRANT STATES~~

38) GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER HEATON AROUND 2005 TO ILLEGALLY SURVEIL AND CONSPIRE AGAINST MR. GRANT.

6

(39) GREGORY K. HARRIS AND (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL AND CONSPIRE AGAINST MR. GRANT.

(40) ALAN D. BRENTS AND LARISSA M. YOUNG SEXUALLY ASSAULTED MR. GRANT IN 2003 AT THE DIRECTION OF GREGORY K. HARRIS.

(41) THOMAS W. COATS AND JUSTIN CAJINDOS SEXUALLY ASSAULTED MR. GRANT IN 2014 AT THE DIRECTION OF GREGORY K. HARRIS.

(42) MR. GRANT WAS FORCED TO "ACT GAY" FOR MORE THAN SEVEN (7) YEARS (12/2008 - 2016), OR THE U.S. DEPARTMENT OF DEFENSE WOULD SEND SOMEONE TO RAPE MR. GRANT.

(43) MR. GRANT HAS BEEN KEPT IN ILLINOIS UNDER MILITARY FORCE (U.S. NORTHERN COMMAND) FOR NEARLY THIRTY (30) YEARS.

(44) MR. GRANT STATES AS FOLLOWS:
DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A STAND DOWN ORDER WITH THE CONSENT OF BUSH AND CHENEY.

(45) DICK CHENEY LOBBIED FOR THE INVASION OF IRAQ TO GENERATE PROFIT FOR HALLIBURTON.

(46) DICK CHENEY MADE $700 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE WAR IN IRAQ.

(47) HILLARY RODHAM CLINTON KILLED VINCE FOSTER TO PREVENT VINCE FOSTER FROM TESTIFYING AT THE WHITEWATER HEARINGS.

(7)

(48) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT AMBASSADOR J. CHRISTOPHER STEVENS FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

(49) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

(50) HILLARY RODHAM CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

(51) BILL CLINTON FIRED FEDERAL BUREAU OF INVESTIGATION (FBI) DIRECTOR WILLIAM S. SESSIONS TO CONCEAL THE MURDER OF VINCE FOSTER.

(52) BILL CLINTON IS A SERIAL RAPIST.

(53) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

(54) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE. BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

(55) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

(56) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

(8)

57) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY ~~KILL~~ CONCEAL THE MURDER OF ~~THE~~ HAROLD LEE WASHINGTON AND BERNARD EPTON.

58) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE COOK COUNTY, ILLINOIS DEMOCRATIC VOTE TO ALLOW ~~illegible~~

59) JAMES R. THOMPSON TO WIN THE ILLINOIS GOVERNORSHIP AS A REPUBLICAN.

60) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5.

61) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

62) CHRIS CHRISTIE WAS COMPLICIT IN THE FORT LEE LANE CLOSURE.

63) ~~illegible~~ O. J. SIMPSON KILLED NICOLE BROWN SIMPSON AND RON GOLDMAN.

64) COURTNEY LOVE KILLED KURT COBAIN.

65) MARION HUGH "SUGE" KNIGHT JR. KILLED ~~illegible~~ CHRISTOPHER "BIGGIE SMALLS" WALLACE.

66) ~~illegible~~ LOUIS FARRAKHAN KILLED MALCOLM X.

67) THE CIA KILLED JFK.

| PRESCOTT BUSH |
| ↓ |
| ALLEN DULLES |
| ↓ |
| LYNDON B. JOHNSON |

E. HOWARD HUNT'S 2003 CONFESSION IS VALID. HUNT'S BODY WAS FAILING, BUT HIS MIND WAS SOUND.

(9)

(68) THE CIA TRIANGULATED AGAINST ~~AROUND~~ THE U.S. DEPARTMENT OF DEFENSE (DOD) TO USE THE DOD TO ACHIEVE THE CIA'S MANDATE TO CONTAIN COMMUNISM IN SOUTHEAST ASIA.

(69) HENRY KISSINGER IS A WAR CRIMINAL FOR THE ACTIONS HE SANCTIONED IN CHILE (AUGUSTO PINOCHET), ARGENTINA ("THE DIRTY WAR" - JORGE RAFAEL VIDELA), VIETNAM, AND CAMBODIA.

(70) RES JUDICATA IS NOT APPLICABLE. THE U.S. DEPARTMENT OF JUSTICE HAS NOT FILED RESPONSES TO MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020.

(71) RES JUDICATA IS NOT APPLICABLE. MR. GRANT'S COMPLAINT HAS NOT BEEN DECIDED ON THE MERITS.

(72) EIGHTEEN (18) FEDERAL COURTS HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(73) THE ILND, ILCD, ILSD, CDCA, WDTX, NDTX, EDTX, NDGA, WDVA, NDWV, NORTHERN MARIANA ISLANDS, MARYLAND, EDNY, NEBRASKA, MDFL, EDNC, C.F.C., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(74) THE OFFICE OF THE SECRETARY OF DEFENSE "HACKED" MR. GRANT'S TELEPHONE, CELLULAR PHONE, COMPUTER, AND KEPT MR. GRANT UNDER SATELLITE SURVEILLANCE.

(10)

(75) OPERATION: HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) HUMAN INTELLIGENCE DOMESTIC BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

(76) THE SPECIAL COLLECTION SERVICE IS A "JOINT" NATIONAL SECURITY AGENCY (NSA) AND CENTRAL INTELLIGENCE AGENCY (CIA) PROGRAM.

(77) THE OFFICE OF THE SECRETARY OF DEFENSE HAS COMMAND AUTHORITY OF THE NATIONAL SECURITY AGENCY.

(78) THE CIA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

~~(79) THE INTELLIGENCE COMMUNITY COMPREHENSIVE NATIONAL CYBERSECURITY INITIATIVE DATA CENTER IS LOCATED IN UTAH, AND IS ALSO KNOWN AS THE "UTAH DATA CENTER."~~

~~(80) THE UTAH DATA CENTER IS LED BY THE NSA, AND UTILIZED BY THE NSA AND CIA.~~

~~(79) THE NSA AND U.S. NORTHERN COMMAND ARE LOCATED IN COLORADO SPRINGS, COLORADO. FORT CPS~~

(11)

(81) MR. GRANT'S WITNESSES

MICHAEL J MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA DAWSON
BARACK H. OBAMA

(82) STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZE PENIS.

(83) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER DOES NOT.

(84) WHEN YOU SEE SALLY RIDE, IT STANDS FOR "RIDE, MISTRESS, RIDE."

(85) D. K. HIRNER IS THE MISTRESS.

(86) MR. GRANT SEEKS $99 TRILLION IN DAMAGES.

(80) THE OFFICE OF THE SECRETARY OF DEFENSE HAS COMMAND AUTHORITY OF THE U.S. CONTINENTAL MILITARY FORCES TO KEEP MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE.

(81) THE NSA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

Well 8/22/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

(12)

79) THE NATIONAL SECURITY AGENCY IS LOCATED IN ANCHORAGE, ALASKA.

80) THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY).

87) THE MISSILE DEFENSE AGENCY IS LOCATED IN FORT GREELY, ALASKA.

88) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434); JAMES E. BOASBERG (18-CV-1162); RUDOLPH CONTRERAS (18-CV-1805 + 18-CV-1806); AND CHRISTOPHER R. COOPER (18-CV-1804) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii);
OR
28 USC 1915(e)(2)(B)(iii).

89) EDVA JUDGES: ANTHONY J. TRENGA (18-CV-543); LEONIE M. BRINKEMA (18-CV-449); ROBERT E. PAYNE (18-CV-369); AND LIAM O'GRADY (18-CV-1328) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

90) DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327 + 19-CV-2265) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

*signature* 9/5/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-3264

13

108) ILND JUDGE VIRGINIA M. KENDALL (17-CV-7902) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

109) ILSD JUDGES: MICHAEL J. REAGAN (17-CV-1257); NANCY J. ROSENSTENGEL (18-CV-806); AND STACI M. YANDLE (19-CV-332) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR

110) EXHIBITS IN SUPPORT OF MR. GRANT'S ALLEGATIONS ARE INCLUDED IN 16-CV-3245, 17-CV-3261, AND 19-CV-3007.

*signature* 9/5/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

14

William Lee Grant, II
901 Wythe Road
Springfield, IL 62702



CLERK's OFFICE
U.S. DISTRICT COURT
222 W. 7TH AVENUE
Room 229
ANCHORAGE, AK 99513

ROSEMARY
BRANHAM

